THE STATE EX REL. STEWART, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Stewart v. Indus.
Comm.* (2001), 92 Ohio St.3d 549.]

(No. 00–2279—Submitted June 20, 2001—Decided August 15, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

---

ALICE ROBIE RESNICK, J., dissenting.   I would reverse the judgment of the court of appeals.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

---

*Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A.,* and *James A. Whittaker,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Thomas L. Reitz,* Assistant Attorney General, for appellee.